```
               IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE WESTERN DISTRICT OF PENNSYLVANIA
```

| | |
|---|---|
| IN RE: | ) Case No. 21-21589 |
| Theresa L. Kepple, Debtor | ) |
| | ) Chapter 13 |
| Theresa L. Kepple, Movant | ) |
| Vs. | ) |
| Shellpoint Loan Servicing & | ) Hrg: 8/10/2021 @ 1:30 pm |
| Ronda Winnecour, Ch. 13 Trustee | ) |
| Respondents. | ) |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION TO EXTEND AUTOMATIC STAY**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion to Extend Automatic Stay filed on July 12, 2021 has been received. The undersigned further certifies that the Court's docket has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than July 29, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

/s/ Shawn N. Wright
Shawn N. Wright, Esquire
Counsel for Debtor
7240 McKnight Road
Pittsburgh, PA 15237
(412) 920-6565
Pa. I.D. No. 64103
shawn@shawnwrightlaw.com