**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

**IN RE:**
**Theresa L. Kepple, Debtor**                                            Case No. 21-21589-cmb

                                                                    Chapter 13

**STIPULATED ORDER MODIFYING CHAPTER 13 PLAN DATED JULY 12, 2021**

**WHEREAS**, this matter is being presented to the Court regarding

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:

☐        a motion to dismiss case or certificate of default requesting dismissal

          a plan modification sought by: _____

          a motion to lift stay as to creditor
_____

X        Other:         This Stipulation resolves the Trustee's Motion for an Order of
                        Court Striking Escrow Provisions from Plan filed at Doc. 44.

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

*[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*

✠ Chapter 13 Plan dated July 12, 2021

  Amended Chapter 13 Plan

    x  The Trustee is authorized to make mortgage escrow payments to U.S. Bank, NA as serviced by New Rez LLC/dba Shellpoint Mortgage Servicing (Claim #1) in the amount of $145.51 per month effective Month 1 of this case.

is modified as follows:

**[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]**

x     Debtor Plan payments shall be changed from $926 per month to $1,189 per month effective March 2024; and/or the Plan term shall be changed from ___ months to ___ months.

❑     In the event that Debtor fail(s) to make any future Chapter 13 Plan payments, the Trustee or a party in interest may file with the Court and serve upon Debtor and Debtor' Counsel a notice of default advising the Debtor that they have 30 days from the service of the notice in which to cure any and all defaults in payments. If Debtor fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑     Debtor shall file and serve _____ on or before _____.

❑     If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑     If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

      **IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order. Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

      **IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect. The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

-3-

**SO ORDERED**, this ____ day of _____, 2024.

Dated: _____

_____
United States Bankruptcy Judge

Stipulated by:                                  Stipulated by:

/s/Shawn N. Wright                              /s/James Warmbrodt
Counsel to Debtor                               Counsel to Chapter 13 Trustee

Stipulated by:

cc:   All Parties in Interest to be served by Clerk

[04/22]                              -3-