# UNITED STATES BANKRUPTCY COURT
# FOR THE Western District of PENNSYLVANIA

IN RE:

THERESA L KEPPLE

CASE NO.
21-21589-CMB
Chapter 13

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| ARCPE 1 LLC | U.S. Bank National Association |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Shellpoint Mortgage Servicing
P.O. Box 10826 Greenville
Greenville, SC 29603-0675

Court Claim # (if known): 1
Amount of Claim: $ 43143.86
Date Claim Filed: 09/20/2021

Phone: (800)365-7107
Last Four Digits of Acct #: 5954

Phone: (800) 643-0202
Last Four Digits of Acct.#: 0075

Name and Address where transferee payments should be sent (if different from above):

Phone:
Last Four Digits of Acct #:

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Larry Yip         Date:    8/21/2024

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE Western District of PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | § § | CASE NO. |
| THERESA L KEPPLE | § § | 21-21589-CMB |
| | § | Chapter 13 |

**CERTIFICATE OF SERVICE OF TRANSFER OF CLAIM**

I hereby certify that a true and correct copy of the foregoing document has been served upon the following parties in interest on or before 8/21/2024 via electronic notice unless otherwise stated:

**Debtor**      *Via U.S. Mail*

THERESA L KEPPLE
550 Keck Rd
Butler, PA 16002-1054

**Debtors' Attorney**
SHAWN N. WRIGHT
7240 McKnight Rd
Pittsburgh, PA 15237-3510

**Chapter 13 Trustee**
RONDA J. WINNECOUR
600 Grant St Ste 3250600 GRANT STREET
Pittsburgh, PA 15219-2719

Respectfully Submitted,

/s/ Kidd Yuen
Kidd Yuen