Form 408hr

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Theresa L. Kepple** | : | Case No. 21−21589−CMB |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 72 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 3/25/26 at 11:30 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

  *AND NOW,* this *The 2nd of January, 2026*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 72 by the Chapter 13 Trustee,

  It is hereby **ORDERED, ADJUDGED** *and* **DECREED** that:

  (1) *On or before February 17, 2026*, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

  (2) This Motion is scheduled for hearing on *March 25, 2026 at 11:30 AM* in Courtroom B, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Bohm's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Bohm's website (which can be found at https://www.pawb.uscourts.gov/judge−bohms−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Bohm's General Procedures, which can be found at https://www.pawb.uscourts.gov/procedures−1.

  (3) If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Carlota M Bohm posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

  (4) Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing*.

                      */s/ Carlota M. Böhm*
                       Carlota M. Böhm, Judge
                       United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-21589-CMB |
| Theresa L. Kepple | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 2 |
| Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+         Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

@         Recipients marked '@' were noticed on Jan 05, 2026.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| @db | + | Theresa L. Kepple, 550 Keck Road, Butler, PA 16002-1054 |
| @cr | + | ARCPE 1 LLC, MCCALLA RAYMER LEIBERT PIERCE, LLC, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| @cr | + | NewRez LLC dba Shellpoint Mortgage Servicing as se, Hill Wallack LLP, 1000 Floral Vale Blvd., Suite 300, Yardley, PA 19067-5582 |
| @15393104 | + | Shellpoint Mortgage Servicing, PO Box 1410, Troy, MI 48099-1410 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 03 2026 01:38:00 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: mtgbk@shellpointmtg.com | Jan 03 2026 01:32:00 | U.S. BANK NATIONAL ASSOCIATION, NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, SC 29603-0826, UNITED STATES 29603-0826 |
| 16427400 | + | Email/Text: mtgbk@shellpointmtg.com | Jan 03 2026 01:32:00 | ARCPE 1 LLC, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16430969 | + | Email/Text: BankruptcyECFMail@mccalla.com | Jan 03 2026 01:32:00 | ARCPE 1 LLC, c/o MCCALLA RAYMER LEIBERT PIERCE, LCC, 1544 Old Alabama Rd, Roswell, GA 30076-2102 |
| 15393102 | + | Email/Text: ally@ebn.phinsolutions.com | Jan 03 2026 01:32:00 | Ally Financial, P.O. Box 380902, Minneapolis, MN 55438-0902 |
| 15394843 | + | Email/Text: bankruptcy@cavps.com | Jan 03 2026 01:32:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15410521 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 03 2026 01:37:57 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16600555 | | Email/Text: mtgbk@shellpointmtg.com | Jan 03 2026 01:32:00 | NewRez LLC d/b/a Shellpoint Mortgage, Servicing, P.O. Box 10826, Greenville, South Carolina 29603-0826 |
| 15393103 | | Email/Text: bankruptcies@penncredit.com | Jan 03 2026 01:32:00 | Penn Credit Corporation, 2800 Commerce Drive, Harrisburg, PA 17110 |
| 15402273 | | Email/Text: mtgbk@shellpointmtg.com | Jan 03 2026 01:32:00 | U.S. Bank National Association, NewRez LLC DBA Shellpoint Mortgage Servi, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 15393105 | + | Email/Text: bnc-bluestem@quantum3group.com | Jan 03 2026 01:32:00 | WEB BANK/Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |

TOTAL: 11

Case 21-21589-CMB    Doc 76    Filed 01/07/26    Entered 01/12/26 10:34:53    Desc Main
Document      Page 3 of 3

| District/off: 0315-2 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 02, 2026 | Form ID: 408hr | Total Noticed: 15 |

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | U.S. Bank National Association, as Trustee, as suc |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2026                    Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 2, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor U.S. Bank National Association as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, for Home Equity Loan Trust 1998-C dcarlon@kmllawgroup.com |
| Kaitlin Shire | on behalf of Creditor NewRez LLC dba Shellpoint Mortgage Servicing as servicer for U.S. Bank National Association as Trustee, as successor to U.S. Bank Trust National Association, as Trustee, for Home Equity Loan Trust 19 kshire@hillwallack.com, lharkins@ecf.courtdrive.com;hwbknj@hillwallack.com;aemberger@ecf.courtdrive.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Shawn N. Wright | on behalf of Debtor Theresa L. Kepple shawn@shawnwrightlaw.com wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com |

TOTAL: 5