**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

THERESA L. KEPPLE

Debtor(s)

Case No.:21-21589 CMB

Ronda J. Winnecour
Movant
vs.
No Repondents.

Document No.:

### TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 07/12/2021  and confirmed on 08/10/2021 .  The case was subsequently (K)COMPLETED FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 49,103.43 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 49,103.43 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,500.00 | |
| Trustee Fee | 2,409.98 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,909.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| US BANK NA - TRUSTEE ET AL | 30,510.36 | 30,510.36 | 3,262.09 | 33,772.45 |
| Acct: 5451 | | | | |
| US BANK NA - TRUSTEE ET AL | 1,286.01 | 1,286.01 | 0.00 | 1,286.01 |
| Acct: 5451 | | | | |
| | | | | 35,058.46 |
| Priority | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THERESA L. KEPPLE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| THERESA L. KEPPLE | 5.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHAWN N WRIGHT ESQ | 4,500.00 | 4,500.00 | 0.00 | 0.00 |
| Acct: | | | | |
| US BANK NA - TRUSTEE ET AL | 7,129.99 | 7,129.99 | 0.00 | 7,129.99 |
| Acct: 5451 | | | | |
| RONDA J WINNECOUR TRUSTEE/CLERK | 5.00 | 5.00 | 0.00 | 5.00 |
| Acct: XXXXXXXXXXXXXXXXXX1589 | | | | |

| 21-21589 CMB | **TRUSTEE'S AMENDED REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| | | | | | 7,134.99 |

Unsecured

| | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| ALLY FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBBANK-FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9424 | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ADDED CREDITOR  FOR CALCULATION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| HILL WALLACK LLP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS                                                            42,193.45

TOTAL CLAIMED
PRIORITY              7,134.99
SECURED            31,796.37
UNSECURED                0.00

Date: 05/20/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID
#30399
CHAPTER 13 TRUSTEE WD
PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.co
m